```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22653
   MICHAEL W BAILEY
   TAMALA A HOLMES                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7338     SSN XXX-XX-4708

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 12/03/2007 and was confirmed 03/27/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 07/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
SANTANDER CONSUMER USA     SECURED VEHIC    21405.00         331.92         747.93
SANTANDER CONSUMER USA     UNSECURED          946.14            .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC     7825.00         118.31         467.64
AMERICREDIT FINANCIAL SV   UNSECURED         1675.47            .00            .00
SILVERLEAF RESORTS         SECURED NOT I     4632.62            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          1758.43            .00            .00
ACF MEDICAL SERVICES       UNSECURED        NOT FILED          .00            .00
ADVOCATE MEDICAL GROUP     UNSECURED        NOT FILED          .00            .00
SBC                        UNSECURED        NOT FILED          .00            .00
AMERICAN DEBT COLLECTION   UNSECURED        NOT FILED          .00            .00
ARCHER FAMILY MEDICAL GR   UNSECURED        NOT FILED          .00            .00
DUPAGE PEDIATRICS          UNSECURED        NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          495.46            .00            .00
SPRINT PCS                 UNSECURED        NOT FILED          .00            .00
CAPITAL ONE                UNSECURED        NOT FILED          .00            .00
CAPITAL ONE                UNSECURED         1021.33            .00            .00
ENTERPRISE RENT A CAR      UNSECURED        NOT FILED          .00            .00
CBNA LLC                   UNSECURED        NOT FILED          .00            .00
SBC                        UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED          180.00            .00            .00
SOUND AND SPIRIT           UNSECURED        NOT FILED          .00            .00
CREATING KEEPSAKES         UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
COMCAST                    UNSECURED        NOT FILED          .00            .00
DIRECTV                    UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT           UNSECURED          177.90            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          395.66            .00            .00
BELLSOUTH                  UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         1486.34            .00            .00
GENESIS CLINICAL LABORAT   UNSECURED        NOT FILED          .00            .00
```

```
HEALTH CARE CENTERS         UNSECURED        NOT FILED              .00              .00
HSBC BANK NEVADA NA         UNSECURED           398.57              .00              .00
HSBC                        UNSECURED           374.18              .00              .00
HSBC                        UNSECURED        NOT FILED              .00              .00
LASALLE BANK                UNSECURED        NOT FILED              .00              .00
LESLIE SCHAFFER MD          UNSECURED        NOT FILED              .00              .00
HINSDALE ANESTHESIA ASSO    UNSECURED        NOT FILED              .00              .00
HINSDALE ANESTHESIA ASSO    UNSECURED        NOT FILED              .00              .00
HINSDALE HOSPITAL           UNSECURED        NOT FILED              .00              .00
ADVENTIST HINSDALE HOSPI    UNSECURED        NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC    UNSECURED           157.72              .00              .00
SBC ILLINOIS                UNSECURED        NOT FILED              .00              .00
CHRIST MEDICAL CENTER       UNSECURED        NOT FILED              .00              .00
AM SOUTH CHECKING           UNSECURED        NOT FILED              .00              .00
NATIONAL CREDIT SOLUTION    UNSECURED        NOT FILED              .00              .00
CHASE                       UNSECURED        NOT FILED              .00              .00
PAYDAY LOANS                UNSECURED        NOT FILED              .00              .00
CAPITAL ONE                 UNSECURED          1816.78              .00              .00
SBC                         UNSECURED        NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE    UNSECURED           232.57              .00              .00
SBC                         UNSECURED        NOT FILED              .00              .00
HOLLYWOOD ENTERTAINMENT     UNSECURED        NOT FILED              .00              .00
CHYRSLER FINANCIAL          UNSECURED        NOT FILED              .00              .00
NOWOBILSKA                  UNSECURED        NOT FILED              .00              .00
MACNEAL HOSPITAL            UNSECURED        NOT FILED              .00              .00
TCF BANK                    UNSECURED        NOT FILED              .00              .00
RETRIEVAL MASTERS CRED B    UNSECURED        NOT FILED              .00              .00
SPRINT                      UNSECURED        NOT FILED              .00              .00
SOUTHWEST HOSPITAL          UNSECURED        NOT FILED              .00              .00
SOUTHWEST RADIOLOGIST       UNSECURED        NOT FILED              .00              .00
T MOBILE                    UNSECURED        NOT FILED              .00              .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED              .00              .00
USA PAYDAY LOANS            UNSECURED        NOT FILED              .00              .00
WESTWOOD COLLEGE            UNSECURED        NOT FILED              .00              .00
XLS GRADUATE LEVERAGE       UNSECURED        NOT FILED              .00              .00
ECMC                        UNSECURED         65863.89              .00              .00
INTERNAL REVENUE SERVICE    UNSECURED          7227.00              .00              .00
B-REAL LLC                  UNSECURED           643.84              .00              .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       13.00               .00            13.00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      3,500.00                            1,016.80
TOM VAUGHN                  TRUSTEE                                                234.40
DEBTOR REFUND               REFUND                                                    .00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,930.00

```
PRIORITY                                                              13.00
SECURED                                                            1,215.57
    INTEREST                                                         450.23
UNSECURED                                                               .00
ADMINISTRATIVE                                                     1,016.80
TRUSTEE COMPENSATION                                                 234.40
DEBTOR REFUND                                                           .00
                                        ---------------      ---------------
TOTALS                                         2,930.00             2,930.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 10/29/08                         /s/ Tom Vaughn
                                           _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE